# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANNA M MANGIALARDI,

                Plaintiff,

      v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5355JKA

JO ANNE B BARNHART,
Commissioner of Social Security,

                Defendant.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Court REMANDS the Social Security Administration's final decision for further proceedings.

December 20, 2006
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk