UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANNA M. MANGIALARDI,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security Administration,

    Defendant.

CASE NO.   C06-5355JKA

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT

    This matter comes before the court on a stipulated motion for attorney's fees and other expenses under the Equal Access to Justice Act.

    Accordingly, the motion is **GRANTED**. Plaintiff's counsel Teal M. Parham should be awarded attorney fees in the amount of $3,765.78.00, expenses totaling $53.96, and costs totaling $381.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

    DATED this 19th day of March, 2007.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

ORDER
Page - 1